**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| HERMES SPORTS & EVENTS, INC., | Civil Action No. |
| *Plaintiff*, | |
| v. | JUDGE: _____ |
| COMMUNITY OF ST. MALACHI (D/B/A ST. MALACHI PARISH), | MAGISTRATE JUDGE: _____ |
| SECOND SOLE OF YOUNGSTOWN, INC. (D/B/A SECOND SOLE), and | |
| SECOND SOLE MENTOR, LLC (D/B/A GREATER CLEVELAND XC LLC), | |
| *Defendants*. | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Hermes Sports & Events, LLC, files this Disclosure Statement pursuant to Fed. R. of Civ. Pro. 7.1 of the and states:

(1) Hermes Sports does not have a parent corporation;

(2) No publicly held corporation owns ten percent or more of Hermes Sports's stock; and

(3) No publicly held corporation or its affiliate has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement.

1

Respectfully submitted,

Dated:  July 18, 2017         */s/* Wayne M. Serra
Wayne M. Serra (OH 0074780)
  *serra@mbhb.com*

**McDonnell Boehnen Hulbert & Berghoff LLP**
300 South Wacker Drive, Suite 3200
Chicago, Illinois 60606
Tel.: (312) 913-0001
Fax: (312) 913-0002

*Pending admission*

Jim M. McCarthy (IL 6225583)
  *mccarthy@mbhb.com*
George T. Lyons, III (IL 6324271)
  *lyons@mbhb.com*
David R. Grosby (IL 6323992)
  *grosby@mbhb.com*

**McDonnell Boehnen Hulbert & Berghoff LLP**
300 South Wacker Drive, Suite 3200
Chicago, Illinois 60606
Tel.: (312) 913-0001
Fax: (312) 913-0002

**Attorneys for Plaintiff,**
HERMES SPORTS & EVENTS, LLC